# IN THE UNITED STATES DISTRICT COURT
# FOR THE WESTERN DISTRICT OF OKLAHOMA

| | |
|---|---|
| ERIC JUAN FORD, | ) |
|         Plaintiff, | ) |
| v. | ) Case No. CIV-10-205-R |
| GEO CORPORATION and<br>DAVID L. MILLER, | ) |
|         Defendants. | ) |

## ORDER

Before the Court is the Report and Recommendation of United States Magistrate Judge Robert E. Bacharach entered September 8, 2010. Doc. No. 41. Plaintiff did not file an objection to the Report and Recommendation nor was an extension of time in which to object sought or granted. However, on September 28, 2010, Plaintiff filed a second amended complaint.

In accordance with the foregoing, the Report and Recommendation of the Magistrate Judge is ADOPTED in its entirety the motions to dismiss of Defendants GEO Corporation and David L. Miller are GRANTED and Plaintiff's amended complaint is DISMISSED without prejudice. Plaintiff is retroactively GRANTED leave to amend his complaint by the filing of the second amended complaint [Doc. No. 46]. This matter is again referred to the Magistrate Judge for further proceedings consistent with the original referral order.

IT IS SO ORDERED this 29th day of September, 2010.

_David L. Russell_
DAVID L. RUSSELL
UNITED STATES DISTRICT JUDGE