# IN THE UNITED STATES DISTRICT COURT
# FOR THE WESTERN DISTRICT OF OKLAHOMA

| | |
|---|---|
| ERIC JUAN FORD, | ) |
| Plaintiff, | ) ) ) |
| v. | ) Case No. CIV-10-205-R ) |
| GEO CORPORATION, | ) ) |
| Defendant. | ) |

## ORDER

Before the Court are two Reports and Recommendations entered by United States Magistrate Judge Robert E. Bacharach. Doc. Nos. 60 & 61.

No objection to the Report and Recommendation on GEO Corporations' motion to dismiss [Doc. No. 60] has been filed nor has an extension of time in which to object to that Report and Recommendation been sought or granted. Therefore, the Report and Recommendation [Doc. No. 60] is ADOPTED in its entirety and Defendant's motion to dismiss is DENIED.

No objection to the Report and Recommendation on the Plaintiff's summary judgment motion [Doc. No. 61] has been filed nor has an extension of time to object that that Report and Recommendation been sought or granted. Therefore, the Report and Recommendation [Doc. No. 61] is ADOPTED in its entirety and Plaintiff's motion for summary judgment is DENIED.

IT IS SO ORDERED this 16th day of March, 2011.

_David L. Russell_
DAVID L. RUSSELL
UNITED STATES DISTRICT JUDGE